UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| O2COOL, LLC,<br><br>      Plaintiff,<br><br> vs.<br><br>MerchSource, LLC, Discovery Communications, LLC a California corporation,<br><br>      Defendants. | Case No.: 12-C-3204<br><br>Judge Milton I. Shadur |

**DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE, TO TRANSFER**

  Defendants MerchSource, LLC and Discovery Communications, LLC hereby submit this Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(3), or, in the alternative, to transfer the case against them to the U.S. District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a), for the reasons detailed in Defendants' Memorandum of Law in support of their motion to dismiss or transfer, submitted herewith.

Dated: May 23, 2012            Respectfully submitted,

                     By: _s/ Gregory Gulliver_
                     Gregory Gulliver (ID # 6244525)
                     THE ECLIPSE GROUP, LLP
                     100 Tri-State International, Suite 128
                     Lincolnshire, IL 60069
                     Tel. 847.282.3550
                     Fax 847.574.8035

       Connie P. Limperis (ID # 6231083)
       THE ECLIPSE GROUP, LLP
       402 W. Broadway, Suite 2050
       San Diego, CA 92101
       Tel. 619.239.4340  Fax 619.239.0116

*Attorneys for Defendants MerchSource, LLC and Discovery Communications, LLC*